AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Email account particularly described in Attachment A of the affidavit of SA Shane Brim dated May 4, 2023

Case No.   2:23-cr-00430

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A of the affidavit of SA Shane Brim dated May 4, 2023

located in the   Northern   District of   California  , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B of the affidavit of SA Shane Brim dated May 4, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1956 | Money laundering |
| 21 USC 841, 846 | Possess with Intent to Distribute Controlled Substances; Conspiracy |

The application is based on these facts:

See affidavit of SA Shane Brim dated May 4, 2023

☑ Continued on the attached sheet.

☐ Delayed notice of   30   days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

JOSEPH S BRIM
Digitally signed by JOSEPH S BRIM
Date: 2023.05.04 16:22:44 -04'00'

*Applicant's signature*

Shane Brim, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   May 04, 2023

*Judge's signature*

City and state:   Charleston, SC           Molly H. Cherry, United States Magistrate Judge
*Printed name and title*